# Third District Court of Appeal
## State of Florida

Opinion filed October 12, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-0809
Lower Tribunal No. 12-41665

————————

**Alain Martin, etc.,**
Appellant,

vs.

**Jorge Jose Sowers, M.D.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

Philip D. Parrish, P.A., and Philip D. Parrish; Law Offices of Maria L. Rubio, P.A., and Maria L. Rubio, for appellant.

Shannin Law Firm, P.A., and Nicholas A. Shannin and Carol B. Shannin (Orlando), for appellee.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.